Argued and submitted January 25, reversed and remanded for reconsideration September 13, petitioner's motion for reconsideration filed September 20 allowed by opinion February 14, 1996
See 139 Or App 154, 911 P2d 362 (1996)

In the Matter of the Compensation of
Therese L. Petkovich, Claimant.

Therese L. PETKOVICH,
*Petitioner,*

*v.*

SAFEWAY STORES, INC.,
*Respondent.*

(93-07299; CA A84646)

902 P2d 137

Linda C. Love argued the cause for petitioner. With her on the brief were Craine & Love and Edward J. Harri.

Kenneth L. Kleinsmith argued the cause for respondent. On the brief were Meyers, Radler, Replogle & Bohy and David J. Lefkowitz.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks judicial review of an order of the Workers' Compensation Board that reduced her award of unscheduled permanent partial disability. The statutes pertinent to that review have been amended by Oregon Laws 1995, chapter 332 (SB 369). The changes to the Workers' Compensation Law made by SB 369 generally apply to cases pending before this court on the effective date of the act, which was June 7, 1995. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995). Because ORS 656.726(3)(f)(D) may affect the outcome of this case, we remand for reconsideration in the light of the new law.

Reversed and remanded for reconsideration.